**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Case Caption: Theresa Ann Foley

v.

Eric H. Holder, Attorney General

Case No: 13-5210

**ENTRY OF APPEARANCE**

**Party Information**

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

[X] Appellant(s)/Petitioner(s)   [ ] Appellee(s)/Respondent(s)   [ ] Intervenor(s)   [ ] Amicus Curiae

Theresa Ann Foley

Names of Parties                                   Names of Parties

**Counsel Information**

Lead Counsel: Mitchell Notis
Direct Phone: (617) 566-2700   Fax: (617) 566-6144   Email: mitchnotis@aol.com

2nd Counsel: ___
Direct Phone: ( ) ___   Fax: ( ) ___   Email: ___

3rd Counsel: ___
Direct Phone: ( ) ___   Fax: ( ) ___   Email: ___

Firm Name: Law Office of Mitchell Notis
Firm Address: 32 Kent Street, Brookline, MA 02445
Firm Phone: (617) 566 2700   Fax: (617) 566 6144   Email: mitchnotis@aol.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

Number 13-5210

**THERESA ANN FOLEY**
Plaintiff-Appellant

v.

**ERIC H. HOLDER, ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE**
Defendant-Appellee

CERTIFICATE OF SERVICE

I, Mitchell J. Notis, counsel to Plaintiff-Appellant, hereby certify that on August 8, 2013, I caused one copy of the foregoing Entry of Appearance to be served on counsel for all other parties to this action through this Court's Electronic Case Filing System.

/s/ Mitchell J. Notis

Mitchell J. Notis
LAW OFFICE OF MITCHELL J. NOTIS
32 KENT Street
Brookline, MA 02445
Tel.: 617-566-2700