# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 13-5210** | **September Term, 2013** |
| | 1:10-cv-01722-RCL |
| | Filed On: October 18, 2013 [1461937] |

Theresa Ann Foley,

    Appellant

    v.

Eric H. Holder, Jr., Attorney General, United States Department of Justice,

    Appellee

### O R D E R

Upon consideration of appellee's motion for extension of time to file reply in support of the motion for summary affirmance, and appellant's response thereto, it is

**ORDERED** that the motion for extension of time be granted. The reply is now due October 28, 2013.

                              FOR THE COURT:
                              Mark J. Langer, Clerk

                BY:    /s/
                              Mark A. Butler
                              Deputy Clerk